UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- X   Case No. 23-cv-08897 (LJL)

ANDREA AMAYA, BENCHER MONTEBON,
OLSI VELO, JASMIN DZOGOVIC, RICHARD
ANTON, SARAH PRUITT,
*individually and on behalf of others similarly situated,*

                                    Plaintiffs,

    -against-

LA GRANDE BOUCHERIE LLC, THE GROUP US
MANAGEMENT LLC, and EMIL STEFKOV,

                                  Defendants.
-------------------------------------------------------------------------- X

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE,** upon the annexed declaration of Angela Wang, dated November 7, 2023, the Exhibit annexed thereto, and the accompanying Memorandum of Law, La Grande Boucherie LLC, The Group US Management LLC and Emil Stefkov, will move this Court before the Honorable Lewis J. Liman, U.S.D.J, 500 Pearl Street, New York, New York 10007, on a date and time to be set by the Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an Order dismissing the Complaint filed in this action, and for such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE,** pursuant to Local Civil Rule 6.1(b), answering affidavits and memoranda of law, if any, are to be served upon the undersigned no later than fourteen days after service of these motion papers, and reply affidavits and memoranda of law, if any, are to be served no later than seven days after service of the answering papers.

Dated: White Plains, New York
       November 7, 2023

                                                    Respectfully submitted,

                                                    Alexandra L. Robins

                                                    KAUFMAN DOLOWICH LLP
                                                    *Attorneys for Defendants*
                                                    245 Main Street, 3rd floor
                                                    White Plains, New York 10601