```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
ANDREA AMAYA, BENCHER MONTEBON, OLSI                           :
VELO, JASMIN DZOGOVIC, RICHARD ANTON, and                      :
SARAH PRUITT, individually and on behalf of others             :
similarly situated,                                            :      23-cv-8897 (LJL)
                                                               :
                        Plaintiffs,                            :            ORDER
                                                               :
        -v-                                                    :
                                                               :
LA GRANDE BOUCHERIE LLC, THE GROUP US                          :
MANAGEMENT LLC, and EMIL STEFKOV,                              :
                                                               :
                        Defendants.                            :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __12/8/2023__

LEWIS J. LIMAN, United States District Judge:

The Complaint in this case was filed on October 12, 2023. Dkt. No. 9. On November 7, 2023, Defendants filed a motion to dismiss. Dkt. No. 20. After an extension of time, Dkt. No. 24, Plaintiff timely filed its First Amended Complaint on December 7, 2023. Dkt. No. 25.

Pursuant to Paragraph 3(C) of the Court's Individual Rules of Practice in Civil Cases, the previously-filed motion to dismiss is DENIED as MOOT. The Clerk of Court is respectfully directed to close Dkt. No. 20.

SO ORDERED.

Dated: December 8, 2023
       New York, New York                                _____
                                                                  LEWIS J. LIMAN
                                                            United States District Judge