```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
ANDREA AMAYA, BENCHER MONTEBON, OLSI                           :
VELO, JASMIN DZOGOVIC, RICHARD ANTON, and                      :
SARAH PRUITT, individually and on behalf of others             :
similarly situated,                                            :    23-cv-8897 (LJL)
                                                               :
                          Plaintiffs,                          :    ORDER
                                                               :
         -v-                                                   :
                                                               :
LA GRANDE BOUCHERIE LLC, THE GROUP US                          :
MANAGEMENT LLC, and EMIL STEFKOV,                              :
                                                               :
                          Defendants.                          :
                                                               :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court has received the notices of accepted offers of judgment at Dkt. Nos. 50–55. The parties shall file a letter by July 2, 2024 indicating whether this case should therefore be closed.

SO ORDERED.

Dated: June 28, 2024
       New York, New York                    _____
                                             LEWIS J. LIMAN
                                             United States District Judge