UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREA AMAYA,
BENCHER MONTEBON,
OLSI VELO,
JASMIN DZOGOVIC,
RICHARD ANTON,
SARAH PRUITT,

                **Plaintiffs,**

-against-

LA GRANDE BOUCHERIE LLC, THE GROUP US MANAGEMENT LLC, and EMIL STEFKOV,

                **Defendants.**

**JUDGMENT**

Index No.: 1:23-cv-08897

WHEREAS, an Acceptance of Offer of Judgment pursuant to Fed. R. Civ. P. 68 having been filed on July 1, 2024.

It is, therefore, ORDERED, ADJUDGED AND DECREED: That partial judgment is entered in favor of Plaintiff Jasmin Dzogovic and against Defendant La Grande Boucherie LLC, The Group US Management LLC, and Emil Stefkov in the amount of $1,700, inclusive of attorney's fees and costs, in full and final resolution of Plaintiff Dzogovic's claims in this Action outlined below:

- FIRST CAUSE OF ACTION, FLSA – Unlawful Tip Retention;
- THIRD CAUSE OF ACTION, NYLL – Unpaid Minimum Wages;
- FOURTH CAUSE OF ACTION, NYLL – Unlawful Tip Deductions;
- FIFTH CAUSE OF ACTION, 12 NYCRR 146-1.5 – §146-1.5 Call-In Pay Unlawful Tip Deductions; and
- SEVENTH CAUSE OF ACTION NYLL – Uniform Expense

Dated: New York, New York
       July 2, 2024

So Ordered: _____
LEWIS J. LIMAN
United States District Judge