UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA AMAYA,<br>BENCHER MONTEBON,<br>OLSI VELO,<br>JASMIN DZOGOVIC,<br>RICHARD ANTON,<br>SARAH PRUITT,<br>                                  Plaintiffs,<br><br>      -against-<br><br>LA GRANDE BOUCHERIE LLC, THE GROUP<br>US MANAGEMENT LLC, and EMIL STEFKOV,<br><br>                                Defendants. | **JUDGMENT**<br><br>Index No.: 1:23-cv-08897 |

WHEREAS, an Acceptance of Offer of Judgment pursuant to Fed. R. Civ. P. 68 having been filed on July 1, 2024.

It is, therefore, ORDERED, ADJUDGED AND DECREED: That judgment is entered in favor of Plaintiff Bencher Montebon and against Defendant La Grande Boucherie LLC, The Group US Management LLC, and Emil Stefkov in the amount of $1,700, inclusive of attorney's fees and costs, in full and final resolution of all of Plaintiff's claims in this Action.

Dated: New York, New York
       July 2, 2024

So Ordered: _____
LEWIS J. LIMAN
United States District Judge