UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDREA AMAYA,
BENCHER MONTEBON,
OLSI VELO,
JASMIN DZOGOVIC,
RICHARD ANTON,
SARAH PRUITT,

                      **Plaintiffs,**

    -against-

LA GRANDE BOUCHERIE LLC, THE GROUP
US MANAGEMENT LLC, and EMIL STEFKOV,

                      **Defendants.**

**JUDGMENT**

Index No.: 1:23-cv-08897

---

WHEREAS, an Acceptance of Offer of Judgment pursuant to Fed. R. Civ. P. 68 having been filed on July 1, 2024.

It is, therefore, ORDERED, ADJUDGED AND DECREED: That judgment is entered in favor of Plaintiff Olsi Velo and against Defendant La Grande Boucherie LLC, The Group US Management LLC, and Emil Stefkov in the amount of $1,700, inclusive of attorney's fees and costs, in full and final resolution of all of Plaintiff's claims in this Action.

Dated: New York, New York
         July 2, 2024

So Ordered: _____
LEWIS J. LIMAN
United States District Judge