```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/2/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X

ANDREA AMAYA, BENCHER MONTEBON, OLSI VELO, JASMIN DZOGOVIC, RICHARD ANTON, and SARAH PRUITT, individually and on behalf of others similarly situated,

          Plaintiffs,

-v-

LA GRANDE BOUCHERIE LLC, THE GROUP US MANAGEMENT LLC, and EMIL STEFKOV,

          Defendants.

---------------------------------------------------------------------X

23-cv-8897 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court will hold a telephonic scheduling conference regarding the remaining claims in this case on August 5, 2024 at 3:00 P.M. The parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

SO ORDERED.

Dated: July 2, 2024
      New York, New York

                                        LEWIS J. LIMAN
                                        United States District Judge