# KAUFMAN | DOLOWICH

**Alexandra L. Robins**
srobins@kaufmandolowich.com

October 3, 2024

*Via ECF*
Hon. Stewart D. Aaron, United States Magistrate Judge
Southern District of New York

Application GRANTED. SO ORDERED.
Dated: October 3, 2024

    Re:    Case No.: 23-cv-08897, *Dzogovic v. La Grande Boucherie LLC, The Group US Management LLC, and Emil Stefkov*

Dear Judge Aaron:

We represent Defendants in the above-referenced matter. We write jointly with counsel for Plaintiff to request an extension of time to file a *Cheeks* motion in this matter, which is currently due on October 4, 2024. The parties are finalizing the terms of the settlement and would appreciate an extension to October 31, 2024.

We thank the Court for its attention to this matter.

Respectfully,

Alexandra Robins

C:    All Counsel of Record via ECF