**THE KLEIN & CARDALI LAW GROUP, PLLC**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2024

December 2, 2024

**Via ECF**
Judge Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:   23-cv-8897-SDA**
**Amaya et al v. La Grande Boucherie LLC et al.**

Your Honor:

We represent Plaintiff in the above-referenced matter. We write jointly with counsel for Defendants to request an additional extension of time to file a *Cheeks* motion in this matter, which is currently due on December 2, 2024. Both parties have signed the settlement agreement itself, but the parties are finalizing additional issues and would appreciate an extension to January 15, 2025 to submit to the Court.

We thank the Court for its attention to this matter.

Sincerely,

/s/ Darren Rumack

Darren Rumack

c.c.   Sasha Robins (counsel for Defendant)
       Johnmack Cohen (co-counsel for Plaintiff)

ENDORSEMENT: Request GRANTED. SO ORDERED.
Dated: 12/2/2024

*/s/ Stewart D. Aaron*