UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
ANDREA AMAYA, BENCHER MONTEBON,
OLSI VELO, JASMIN DZOGOVIC,
RICHARD ANTON, SARAH PRUITT,
individually and on behalf of others similarly situated,

                         Plaintiff

v.

                                         Index No. 23-cv-08897
                                         NOTICE OF ACCEPTANCE
                                         OF OFFER OF JUDGMENT

LA GRANDE BOUCHERIE LLC,
THE GROUP US MANAGEMENT LLC,
and EMIL STEFKOV,

                        Defendants.
-------------------------------------------------------------------x

       Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Jasmin Dzogovic hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment to Plaintiff dated January 13, 2025 and annexed hereto as Exhibit "A."

Dated: New York, New York          Respectfully submitted,
       January 13, 2025

                                                 The Klein and Cardali Law Group PLLC

                                                 By: _____
                                                 Darren P.B. Rumack
                                                 39 Broadway, 35th Floor,
                                                 New York, NY 10006
                                                 Phone: 212-344-9022
                                                 Fax: 212-344-0301

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2025, I caused the foregoing acceptance of offer of judgment to be served via email to:

>Sasha Robins, Esq.
>Kaufman Dolowich
>245 Main St., Suite 330
>White Plains, NY 10601
>Phone: 914-688-1213
>srobins@kaufmandolowich.com
>*Attorneys for Defendants.*