UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X   Case No. 23-cv-08897 (LJL)

ANDREA AMAYA, BENCHER MONTEBON,
OLSI VELO, JASMIN DZOGOVIC, RICHARD
ANTON, SARAH PRUITT,
*individually and on behalf of others similarly situated,*

**OFFER OF JUDGMENT**

Plaintiffs,

-against-

LA GRANDE BOUCHERIE LLC, THE GROUP US
MANAGEMENT LLC, and EMIL STEFKOV,

Defendants.

---------------------------------------------------------------------- X

**PLEASE TAKE NOTICE** that, pursuant to Rule 68 of the Federal Rules of Civil Procedure ("FRCP") Defendants LA GRANDE BOUCHERIE LLC, THE GROUP US MANAGEMENT LLC, and EMIL STEFKOV hereby make an offer of judgment to Plaintiff JASMIN DZOGOVIC to resolve all remaining claims in the above-captioned action, in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00), which sum is inclusive of any and all costs now accrued, including interest, expenses, and fees, including attorneys' fees.

**TAKE FURTHER NOTICE** that, pursuant to the FRCP, within fourteen (14) days of the date this offer, Plaintiffs shall advise the undersigned, in writing via email, of their acceptance or rejection of this offer, and that failure to respond within that time shall be deemed a rejection.

Dated: White Plains, New York
    January 13, 2025

/s Alexandra L. Robins
KAUFMAN DOLOWICH LLP
*Attorneys for Defendants*
245 Main Street, Ste 330
White Plains, New York 10601

*To: Plaintiff's counsel via email*