```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JASMIN DZOGOVIC,

                                       **Plaintiff**

v.
                                                                **Index No. 23-cv-08897**
                                                                **JUDGMENT**

LA GRANDE BOUCHERIE LLC,
THE GROUP US MANAGEMENT LLC,
and EMIL STEFKOV,

                                        **Defendants.**
------------------------------------------------------------x

       WHEREAS, an Acceptance of Offer of Judgment pursuant to Fed. R. Civ. P. 68 having been filed on January 13, 2025.

       It is, therefore, ORDERED, ADJUDGED AND DECREED: That judgment is entered in favor of Plaintiff Jasmin Dzogovic and against Defendants La Grande Boucherie LLC, The Group US Management LLC and Emil Stefkov in the amount of $10,000.00, inclusive of attorney's fees and costs, in full and final resolution of all of Plaintiff's claims in this Action.

Dated: New York, New York
          January 16, 2025

                                                   So Ordered: _____
                                                                                        */s/ Stewart D. Aaron*